UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNIE ALLEN GARNER (#590273)

VERSUS

JIM ROGERS

CIVIL ACTION

NUMBER 15-557-JWD-SCR

### O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

**IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Johnnie Allen Garner is dismissed, without prejudice, for failure to exhaust state remedies.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana, on October 20, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA